UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M. ALVARADO, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00930-NONE-GSA-PC<br><br>**ORDER GRANTING REQUEST FOR SCREENING ORDER AND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 21.)** |

　　　　Calvin Holt ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The case was initiated by civil complaint filed by Plaintiff in the Kings County Superior Court on March 19, 2019 (Case #19C0135).  On July 3, 2019, defendants M. Alvarado, A. Shaw, M. Owens, and S. Sherman ("Defendants") removed the case to federal court by filing a Notice of  Removal of Action pursuant to 28 U.S.C. § 1441(a), 1441(c).  (ECF No. 1.)

　　　　On August 21, 2020, the court issued an order dismissing the Complaint for failure to state a claim, with leave to amend.  (ECF No. 9.)  On February 1, 2021, Plaintiff filed the First Amended Complaint, which awaits the court's requisite screening under 28 U.S.C. § 1915.  (ECF No. 20.)

On July 3, 2019, Defendants filed a request for the Court to screen Plaintiff's First Amended Complaint under 28 U.S.C. § 1915A, and grant Defendants an extension of time in which to file a responsive pleading. (ECF No. 21.)

The Court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity, officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's First Amended Complaint alleges that Defendants, employees of the California Department of Corrections and Rehabilitation (CDCR) at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California, subjected him to cruel and unusual punishment, violated his rights to due process, and violated his rights to equal protection of the law. Plaintiff also requests that this case be remanded to state court.

Because Plaintiff is a prisoner, and Defendants were employees of the CDCR at a state prison when the alleged events occurred, the court is required to screen the First Amended Complaint. Therefore, Defendants' motion for the Court to screen the First Amended Complaint shall be granted. In addition, good cause appearing, the motion for extension of time shall also be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion for the Court to screen the First Amended Complaint is GRANTED, and the court shall issue a screening order in due time;
2. Defendants are GRANTED an extension of time until thirty days from the date of service of the Court's screening order in which to file a response to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **February 19, 2021**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE