UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M. ALVARADO, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00930-NONE-GSA-PC<br>(Kings County Superior Court case #19C0135)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL</u><br>(Doc. No. 23.)<br><br><u>ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND</u><br>(Doc. No. 20.)<br><br><u>ORDER REMANDING CASE TO KINGS COUNTY SUPERIOR COURT</u><br><br><u>ORDER FOR CLERK TO CLOSE CASE AND SERVE NOTICE OF REMAND</u> |

  Plaintiff, Calvin Holt, is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2019, plaintiff filed the complaint commencing this action in the Kings County Superior Court in Hanford, California, case number 19C0135. (Doc. No. 1 at 5.) On July 3, 2019, the case was removed to the federal court under 28 U.S.C. § 1441(a) by defendants M. Alvarado, A. Shaw, S. Sherman, and M. Owens. (*Id.* at 1.)

  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 17, 2021, findings and recommendations were issued, recommending that plaintiff's motion for remand, filed on February 21, 2021, be granted

and this case be remanded to the Kings County Superior Court in Hanford, California. (Doc. No. 23.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has passed, and no objections have been filed. (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on March 17, 2021, (Doc. No. 23) are adopted in full;
2. Plaintiff's motion for remand, filed on February 21, 2021, (Doc. No. 20) is granted;
3. This case is remanded to the Kings County Superior Court in Hanford, California;
4. All pending motions are denied as moot; and
5. The clerk of court is directed to close this case and serve notice of the remand.

IT IS SO ORDERED.

Dated: **May 8, 2021**

UNITED STATES DISTRICT JUDGE