UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M. ALVARADO, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00930-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR THE COURT TO PROVIDE COPIES TO SUPERIOR COURT**<br>**(ECF No. 25.)** |

　　　　Calvin Holt ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 21, 2021, this case was remanded to the Kings County Superior Court in Hanford, California.  (ECF No. 24.)  As instructed by the court's order, the Clerk of Court mailed a certified copy of the order remanding the case to the superior court and closed the case.  (Id.)

　　　　On September 28, 2021, Plaintiff filed a request for this court to send a copy of the remanded complaint to the superior court judge.  (ECF No. 25.)  Plaintiff states that he was asked by the superior court judge to send her a copy of the remanded complaint, which he did, but she did not receive it.  Plaintiff alleges that he has mail issues with the California Substance Abuse Treatment Facility and State Prison where he is currently incarcerated, and seeks the assistance of the district court to mail a copy of the complaint to the superior court.

  Plaintiff's request shall be denied.  First, the Clerk does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(b).  Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request, prepayment of the copy fees, and submission of a large-enough envelope self-addressed and affixed with sufficient postage.  Plaintiff's First Amended Complaint is 118 pages in length, and a copy would cost Plaintiff $59.00.

  Additionally, Plaintiff has not shown good cause for the court to mail documents to other courts on his behalf.

  Therefore, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request filed on September 28, 2021, is denied.

IT IS SO ORDERED.

  Dated: **September 29, 2021**      **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE